UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-24507-BLOOM/Elfenbein

JUSTIN S. ALTSHULER,

    Plaintiff,

v.

PROFESSIONAL PARKING
MANAGEMENT CORPORATION

    Defendant.
_____/

## ORDER STAYING CASE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Defendant identifies sixteen cases, including the present case, which are pending in the Southern District of Florida and "involve common questions of law and fact[.]" ECF No. [5] at 1. Defendant sought to consolidate these cases into the earliest filed case, *Berg v. Professional Parking Management Corp.*, Case No. 25-cv-24423, (S.D. Fla. 2025), which is currently pending before Judge Rodney Smith. *Id.* Indeed both the present case and the case before Judge Smith are brought by the same counsel, involve similar circumstances, allege violations of the Drivers Privacy Protection Act and federal Fair Debt Collection Practices Act, and seek the same relief. *See* ECF No. [1-4].

Additionally, a motion to remand is currently pending before Judge Smith in *Berg*. *See* Motion to Remand, *Berg*, No. 25-cv-24423, ECF No. [5]. "Because both actions seek the same relief, target the same alleged practices, and involve nearly identical factual allegations, a decision that the court lacks subject matter jurisdiction and remanding that action [in *Berg*] would compel the same outcome here." Order Staying Case at 2, *Angulo v. Professional Parking Management Corporation*, No. 25-cv-24509 (S.D. Fla. Oct. 6, 2025), ECF No. [8].

Case No. 25-cv-24507-BLOOM/Elfenbein

In light of the Court's "broad discretion to stay proceedings as an incident to its power to control its own docket[,]" *Clinton v. Jones*, 520 U.S. 681, 706 (1997), it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **STAYED** pending resolution of the Motion to Remand and any motion to dismiss in *Berg v. Professional Parking Management Corp.*, No. 25-cv-24423 (S.D. Fla. 2025).

2. The parties shall file a joint status update regarding the pending matter on **December 8, 2025.**

3. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 9, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record